1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CSBN 172332)
   Assistant United States Attorney
5
   450 Golden Gate Ave (11th Floor)
6  San Francisco, CA 94102
   Telephone: (415) 436-7200
7  Facsimile: (415) 436-7234

8  Attorneys for the United States

FILED

07 AUG 17  PM 3: 41

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12
   UNITED STATES OF AMERICA,          )    CRIMINAL NO. CR 3-07-70489 JCS
13                                     )
          Plaintiff,                   )
14                                     )    NOTICE OF PROCEEDINGS ON
          v.                           )    OUT-OF-DISTRICT CRIMINAL
15                                     )    CHARGES PURSUANT TO RULES
   PATRICE RAVEN,                      )    5(c)(2) AND (3) OF THE FEDERAL RULES
16                                     )    OF CRIMINAL PROCEDURE
          Defendant.                   )
17                                     )
                                       )
18
          Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal
19
   Procedure that on August 17, 2007, the above-named defendant was arrested based upon an
20
   arrest warrant (copy attached) issued upon an
21
          ☑ Indictment
22
          ☐ Information
23
          ☐ Criminal Complaint
24
          ☐ Other (describe) _____
25
   pending in the District of Nebraska, Case Number 8:07CR266.
26

27

28

                                              1

1  In that case, the defendant is charged with a violation(s) of Title(s) 18, United States Code,

2  Sections 371, 1344, and 2.

3  Description of Charges: _Conspiracy; Bank Fraud; Aiding and Abetting in Same_.

4

5                                          Respectfully Submitted,
                                           SCOTT N. SCHOOLS
6                                          United States Attorney

7  Date: August 17, 2007

8                                          TIMOTHY J. LUCEY
                                           Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

AO 442 (Rev. 12/85) Warrant for Arrest

WKT # 0747-0719-1391-5

# *United States District Court*

## FOR THE DISTRICT OF NEBRASKA

## UN-SEALED

UNITED STATES OF AMERICA

v.

PATRICE RAVEN

## **WARRANT FOR ARREST**

CASE NUMBER: 8:07CR266

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Patrice Raven__

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy and bank fraud.

in violation of Title ___18___ United States Code, Section(s) ___371, 1344 and 2___

DENISE M. LUCKS                               Clerk of the Court

Name of Issuing Officer                          Title of Issuing Officer

                                                July 19, 2007      Omaha, Nebraska
Signature of Issuing Officer                     Date and Location

Bail fixed at $_____ by _____
                                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

13:36 JUL19'07 USMSNE

## CRIMINAL COVER SHEET

| Place of Offense | | Related Case Information |
|---|---|---|
| Omaha | City | Indictment __X__   New Defendant __X__ |
| | | Indictment/Information Pending vs. Same Defendant ___ |
| Nebraska | County | Magistrate Case No. _____ |
| | | R 20 / R 40 from District of _____ |
| | | Related to case name/number |

### Defendant

Defendant Name ____Patrice Raven____          **SEALED**

Alias Names _____

Address          5217 Coral Hills Street _____

                 North Las Vegas, NV 89081 _____

SSN              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 _____

Birth Date       11/01/1973 _____

                 _____ Male       __X__ Female       _____ Alien

[ ] Complaint                                    **09:42 JUL 19'07 USMSNE**

[ ] Information                AUSA ____Frederick D. Franklin_____
                              Agent ____Matt Loux_____

[X] Indictment                Agency____U.S. Secret Service_____

Request for Trial: __X__ Omaha    _____ Lincoln    _____ North Platte

### U.S.C. CITATIONS

Lead Count - Code __18:371__     Count Number ___1___

| Code | Description of Offense Charged | Maximum Punishment |
|---|---|---|
| | | 5 yrs / $250,000 |
| Ct. 1 __18:371__ | Conspiracy | 3 yrs TSR/$100 SA |
| | | 30 yrs/ $1,000,000 |
| Ct. 2 __18:1344 and 2__ | Bank Fraud | 5yrs TSR/ $100 SA |
| Ct. 3 _____ | | |

(continued on second sheet)

[ ] Petty       [ ] Minor       [X] Felony

[ ] Misdemeanor    _____ Class A       _____ Class B - non-motor vehicle
                   _____ Class B - motor vehicle    _____ Class C - or infraction

### Location Status

__X__ Warrant                         Arrest Date _____
_____ Summons
_____ Already in Federal Custody as of _____
_____ Already in State Custody in _____
_____ Marshal: Please Place a Detainer with the Above-named Custodian
_____ On PreTrial Release

# SEALED

W_____ S _____ NP _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 8:07CR |
| ) | |
| Plaintiff, ) | **INDICTMENT** |
| ) | |
| v. ) | 18:U.S.C. § 371 |
| ) | 18 U.S.C. § 1344 |
| PATRICE RAVEN and, ) | 18 U.S.C. § 2 |
| JEANETTE BLAND ) | |
| ) | |
| Defendant. ) | |

The Grand Jury charges:

09:42 JUL19'07 USMSNE

## COUNT I

At all material times herein, U.S. Bank, was a financial institution, the accounts of which were then insured by the Federal Deposit Insurance Corporation, and maintained branch offices in Omaha, Nebraska.

1. On or about the 28th day of February, 2006, and continuing until on or about the 2nd day of March, 2006, in the District of Nebraska, the defendants PATRICE RAVEN and JEANETTE BLAND, did knowingly and willfully, agree, combine, confederate, and conspire together to commit the following offenses against the laws of the United States:

(a) To knowingly execute, and attempt to execute a scheme and artifice to defraud a financial institution and to obtain monies under the custody and control of a financial institution by means of materially false and fraudulent pretenses, representations, and promises in violation of Title 18, United States Code, Sections 1344.

2. It was part of the conspiracy that the defendants would obtain prepaid credit cards for which cash advances were allowed only up to the amount of funds paid on deposit with the credit card issuer.

effectuated their scheme by fraudulently representing to tellers at the U.S. Bank that an unknown third person on the telephone was a customer service representative of the credit card issuer Green Dot and that said customer service representative was prepared to and did authorize cash advances in excess of funds on deposit with Green Dot for each of the defendants prepaid credit cards.

2. On or about the 28th day of February, 2006, in the District of Nebraska, the defendant PATRICE RAVEN, for the purpose of executing and attempting to execute the scheme and artifice to defraud misrepresented the identity of an individual on the telephone as that of a customer service representative for Green Dot Master Card when in fact RAVEN well knew that said individual was not a representative of Greed Dot MasterCard.

In violation of Title 18, United States Code, Section 1344 and 2.

## COUNT III

The Grand Jury realleges all of the allegations contained in paragraphs 1 through 5 of this Indictment and further alleges as follows:

1. On or about 28th day of February, 2006, and continuing to and through 2nd day of March, 2006, defendants PATRICE RAVEN and JEANETTE BLAND, devised a scheme and artifice to defraud a branch of the U.S. Bank in Omaha, Nebraska. RAVEN and BLAND, effectuated their scheme by fraudulently representing to tellers at the U.S. Bank that an unknown third person on the telephone was a customer service representative of the credit card issuer Green Dot and that said customer service representative was prepared to and did authorize cash advances in excess of funds on deposit with Green Dot for each of the defendants prepaid credit cards.

.2. On or about the 28th day of February, 2006, in the District of Nebraska, the defendant JEANETTE BLAND, for the purpose of executing and attempting to execute the scheme and

-4-

3. The defendants would then enter into a bank and present the prepaid credit card to a bank teller for a cash advance in an amount exceeding that for which was on deposit. After initially being declined for the cash advance, the defendants would then purport to telephone the customer service department for the credit card issuer seeking authorization for the cash advance in excess of funds on deposit.

4. It was further part of the conspiracy that the defendants would then telephone an unknown third party posing as the customer service representative who would then provide verbal authorization for the requested cash advances.

5. In furtherance of the conspiracy and to affect the objects thereof in the District of Nebraska, the defendants PATRICE RAVEN and JEANETTE BLAND, did commit without limitation the following overt acts:

(a) On or about the 28th day of February, 2006, the defendant PATRICE RAVEN, went to a branch of the U.S. Bank in Omaha, Nebraska, and requested a $7,000 cash advance on a prepaid Green Dot Master Card.

(b) On or about the 28th day of February, 2006, the defendant PATRICE RAVEN, to facilitate approval for her requested cash advance at the U.S. Bank in Omaha, Nebraska, represented to a teller at the U.S. Bank that she had called customer service for Green Dot Master Card and that a customer service representative of Green Dot Master Card was on the phone to talk to the U.S. Bank teller for the purpose of authorizing the $7,000 prepaid cash advance.

(c) On or about the 28th day of February, 2006, PATRICE RAVEN, received $7,000 in cash from a branch of the U.S. Bank in Omaha, Nebraska, in furtherance of her requested cash advance on a Green Dot Master Card.

(d) On or about the 28th day of February, 2006, defendant JEANETTE BLAND, accompanied defendant PATRICE RAVEN, to the branch of the U.S. Bank, in Omaha, Nebraska, visited by

-2-

08/16/2007  08:20  5106373674  USMS DISTRICT OF NEBRASKA                    4022213006    P.007

PATRICE RAVEN, and aided and advised JEANETTE BLAND, as to how to consummate the transaction.

(e) On or about the 2nd day of March, 2006, the defendant JEANETTE BLAND, went to a branch of the U.S. Bank in Omaha, Nebraska, and requested a $7,000 cash advance on a prepaid Green Dot Master Card.

(f) On or about the 2ND day of March, 2006, the defendant JEANETTE BLAND, to facilitate approval for her requested cash advance at the U.S. Bank in Omaha, Nebraska, represented to a teller at the U.S. Bank that she had called customer service for Green Dot Master Card and that a customer service representative of Green Dot Master Card was on the phone to talk to the U.S. Bank teller for the purpose of authorizing the $7,000 prepaid cash advance.

(g) On or about the 2nd day of March, 2006, JEANETTE BLAND, received $7,000 in cash from a branch of the U.S. Bank in Omaha, Nebraska, in furtherance of her requested cash advance on a Green Dot Master Card.

(h) On or about the 2nd day of March, 2006, defendant PATRICE RAVEN, accompanied defendant JEANETTE BLAND, to the branch of the U.S. Bank, in Omaha, Nebraska, visited by JEANETTE BLAND, and aided and assisted PATRICE RAVEN, in the consummation of the transaction.

All in violation of Title 18, United States Code, Section 371.

## COUNT II

The Grand Jury realleges all of the allegations contained in paragraphs 1 through 5 of this Indictment and further alleges as follows:

1. On or about 28th day of February, 2006, and continuing to and through 2nd day of March, 2006, defendants PATRICE RAVEN and JEANETTE BLAND, devised a scheme and artifice to defraud a branch of the U.S. Bank in Omaha, Nebraska. RAVEN and BLAND,

-3-

artifice to defraud misrepresented the identity of an individual on the telephone as that of a

customer service representative for Green Dot Master Card when in fact BLAND well knew that

said individual was not a representative of Green Dot MasterCard.

In violation of Title 18, United States Code, Section 1344 and 2.

A TRUE BILL

FOREPERSON

JOE W. STECHER
United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

FREDERICK D. FRANKLIN
Assistant U.S. Attorney

-5-