SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7152
   Facsimile: (415) 436-7234
   E-Mail: allison.danner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     )<br>   Plaintiff, )<br>     )<br>   v. )<br>     )<br>PATRICE RAVEN, )<br>     )<br>   Defendant. )<br>     ) | No. 3-07-70489 JCS<br><br>[PROPOSED] ORDER FOR<br>MODIFICATION OF CONDITIONS OF<br>RELEASE |

**ORDER**

   IT IS HEREBY ORDERED that the conditions of release and appearance set on August 17, 2007 for the above-captioned matter are modified in one respect. Defendant Patrice Raven is permitted contact with co-defendant Jeanette Bland solely with respect to the subject of Patrice Raven's children and related family matters. This modification was made in open court after the explicit promise of defendant Raven and co-defendant Bland that they would not discuss the above-captioned matter outside of the presence of their attorneys. IT IS FURTHER ORDERED that all other conditions of release and appearance imposed on August

\\

\\

MODIFICATIONS OF RELEASE CONDITIONS
No. 3-07-70489 JCS

1  \\

2  17, 2007 remained unmodified.

3

4  DATED: _____          _____

5                                        JOSEPH C. SPERO
                                          United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28