| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins): 10 | |
|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK Betty Fong | FILED | REPORTER/FTR 9:38-9:48a | |
| MAGISTRATE JUDGE Edward M. Chen | DATE October 3, 2007  2007 OCT -3 PM 5:10 | | NEW CASE ☐ | CASE NUMBER 3-07-70489 JCS |

FILED
2007 OCT -3 PM 5:10
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

| APPEARANCES ||||||
|---|---|---|---|---|---|
| DEFENDANT Patrice Raven | AGE | CUST N P | ATTORNEY FOR DEFENDANT Elizabeth Falk | PD. ☒ APPT. ☐ | RET. ☐ |
| U.S. ATTORNEY Allison Danner | | INTERPRETER | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Brad Wilson | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | |

| PROCEEDINGS SCHEDULED TO OCCUR |||||
|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

| INITIAL APPEARANCE ||||
|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT ||||
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE |||||
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |

| PROPERTY TO BE POSTED | | |
|---|---|---|
| ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

| PLEA ||||
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE |||||
|---|---|---|---|---|
| TO: 10/22/07 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
| AT: 9:30 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☒ OTHER |
| BEFORE HON. EMC | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Further Status re Rule 20 continued to 10/22/07 at 9:30 a.m. before EMC. Government to submit Order excluding time from today to 10/22/07.
cc: Pretrial

DOCUMENT NUMBER: