SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CABN 195046)
TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7144
    Facsimile: (415) 436-7234
    E-Mail: allison.danner@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br>  v.<br>JEANETTE BLAND<br>         Defendant. | No. CR-07-0670 JSW<br>[Filed October 24, 2007] |
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br>  v.<br>PATRICE RAVEN<br>         Defendant. | No. CR-07-0671 CRB<br>[Filed October 24, 2007]<br>NOTICE OF RELATED CASE<br>IN A CRIMINAL ACTION<br>(San Francisco Venue) |

      The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned criminal cases are related. These defendants were originally charged in a single indictment in the District of Nebraska. These charges were then transferred

NOTICE OF RELATED CASES
U.S. v. RAVEN
U.S. v. BLAND

1  to the Northern District of California on October 24, 2007 pursuant to F.R.C.P. 20. Based upon
2  these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve
3  the same occurrences. Furthermore, the cases are related within the meaning of Local Rule 8-
4  1(b)(2) because if heard by separate judges they likely would involve substantial duplication of
5  labor by the two judges.
6       Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that
7  assignment of these cases to a single judge is likely to conserve judicial resources and promote an
8  efficient determination of each action.

10  Date: October 25, 2007

Respectfully Submitted,
SCOTT N. SCHOOLS

*/s/ Alison M.*

ALLISON MARSTON DANNER
Assistant United States Attorney

28  NOTICE OF RELATED CASES
and PROPOSED ORDER
U.S. v. RAVEN
U.S. v. BLAND          2