SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CABN 195046)
TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7144
   Facsimile: (415) 436-7234
   E-Mail: allison.danner@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>                Plaintiff, ) <br>    v. ) <br>    ) <br> JEANETTE BLAND ) <br>    ) <br>                Defendant. ) <br> _____ ) <br> UNITED STATES OF AMERICA, ) <br>                Plaintiff, ) <br>    v. ) <br>    ) <br> PATRICE RAVEN ) <br>    ) <br>                Defendant. ) <br> _____ ) | No. CR-07-0670 JSW <br> [Filed October 24, 2007] <br><br><br><br><br><br><br> No. CR-07-0671 CRB <br> [Filed October 24, 2007] <br><br> NOTICE OF RELATED CASE <br> IN A CRIMINAL ACTION and <br> [PROPOSED] ORDER <br><br> [San Francisco Venue] |

     The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the

Court that the two above-captioned criminal cases are related. These defendants were originally

charged in a single indictment in the District of Nebraska. These charges were then transferred

NOTICE OF RELATED CASES
U.S. v. RAVEN
U.S. v. BLAND

to the Northern District of California on October 24, 2007 pursuant to F.R.C.P. 20. Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same occurrences. Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because if heard by separate judges they likely would involve substantial duplication of labor by the two judges.

      Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

Date:  October 26, 2007                                  Respectfully Submitted,
                                                                         SCOTT N. SCHOOLS

                                                              _____/s/_____
                                                              ALLISON MARSTON DANNER
                                                              Assistant United States Attorney

## [PROPOSED] ORDER

      Based upon the notice of the government and pursuant to Local Criminal Rule 8-1, this Court finds that the cases United States v. Bland CR 07-0670 JSW and United States v. Patrice CR 07 0671 CRB are related within the meaning of Local Criminal Rule 8-1(b). IT IS HEREBY ORDERED that the Clerk of the Court relate these cases and reassign CR 07-0671 to this Court.

DATED: _____                            _____
                                                                JEFFREY S. WHITE
                                                                United States District Court