1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ALLISON MARSTON DANNER (CABN 195046)
   TIMOTHY J. LUCEY (CABN 172332)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-7144
      Facsimile: (415) 436-7234
8     E-Mail: allison.danner@usdoj.gov

9  Attorneys for the United States

10
                    IN THE UNITED STATES DISTRICT COURT
11               FOR THE NORTHERN DISTRICT OF CALIFORNIA
                         SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,         )
                                     )   No. CR-07-0670 JSW
14              Plaintiff,           )   [Filed October 24, 2007]
           v.                        )
15                                   )
                                     )
16 JEANETTE BLAND                    )
                                     )
17                                   )
                Defendant.           )
18 _____  )
                                     )
19 UNITED STATES OF AMERICA,         )
                                     )
20              Plaintiff,           )   No. CR-07-0671 CRB
                                     )   [Filed October 24, 2007]
21         v.                        )
                                     )   NOTICE OF RELATED CASE
22 PATRICE RAVEN                     )   IN A CRIMINAL ACTION and
                                     )   [PROPOSED] ORDER
23                                   )
                Defendant.           )   [San Francisco Venue]
24 _____  )

25       The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the

26 Court that the two above-captioned criminal cases are related.  These defendants were originally

27 charged in a single indictment in the District of Nebraska.  These charges were then transferred

28

NOTICE OF RELATED CASES
U.S. v. RAVEN
U.S. v. BLAND

1  to the Northern District of California on October 24, 2007 pursuant to F.R.C.P. 20. Based upon
2  these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve
3  the same occurrences. Furthermore, the cases are related within the meaning of Local Rule 8-
4  1(b)(2) because if heard by separate judges they likely would involve substantial duplication of
5  labor by the two judges.
6       Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that
7  assignment of these cases to a single judge is likely to conserve judicial resources and promote an
8  efficient determination of each action.

10  Date: October 26, 2007                           Respectfully Submitted,
                                                     SCOTT N. SCHOOLS

13                                                   _____/s/_____
                                                     ALLISON MARSTON DANNER
                                                     Assistant United States Attorney

16                           ~~[PROPOSED]~~ ORDER

17       Based upon the notice of the government and pursuant to Local Criminal Rule 8-1, this
18  Court finds that the cases United States v. Bland CR 07-0670 JSW and United States v. Patrice
19  CR 07 0671 CRB are related within the meaning of Local Criminal Rule 8-1(b). IT IS HEREBY
20  ORDERED that the Clerk of the Court relate these cases and reassign CR 07-0671 to this Court.

22  DATED: November 5, 2007                         _____
23                                                   JEFFREY S. WHITE
24                                                   United States District Court

28  NOTICE OF RELATED CASES
    and PROPOSED ORDER
    U.S. v. RAVEN
    U.S. v. BLAND                                2