# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

Date: November 29, 2007

Judge: Jeffrey S. White

Case No. CR-07-671 JSW (Related to CR-07-670 JSW)

E-Filing

United States of America   v.   Patrice Raven
                                Defendant
                                Present ( X ) Not Present ( ) In-Custody ( )

| Alison Danner | Elizabeth Falk |
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini          Court Reporter: Juanita Gonzalez

### PROCEEDINGS

**REASON FOR HEARING:** Change of Plea

**RESULT OF HEARING:**   The Defendant is sworn.

The Court voir dired the Defendant re: Change of Plea

The Defendant pled guilty to Count 1 of the Indictment in violation of 18 USC § 371.

The Court accepted the plea of guilty.
The Plea Agreement is ordered filed.
The Court reserved ruling on acceptance of the plea agreement pending receipt of a probation report.

The Defendant is referred to the US Probation Office for the preparation of a pre-sentence report.

The Defendant remains on pretrial release.

Case Continued to 3-6-08 at 2:30 p.m. for Judgment and Sentencing