1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant RAVEN
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, ) No. CR-07-671 JSW
                              )
12 |           Plaintiff,     )
                              ) **STIPULATION AND [PROPOSED]**
13 | vs.                      ) **ORDER TO CONTINUE SENTENCING**
                              ) **DATE**
14 | PATRICE RAVEN,           )
                              ) Date:  March 6, 2008
15 |           Defendant.     ) Time:  2:30 p.m.
                              ) Court: The Honorable Jeffrey S. White
16 | _____  )

17

18         Undersigned counsel stipulate as follows:

19     1.  Sentencing in this matter is currently set for March 6, 2007, at 2:30 p.m.;

20     2.  As noted in the Addendum to the Presentence Report in ¶¶ 2-4, Ms. Raven has an

21         outstanding objection to the Presentence Report regarding her Criminal History

22         Category. The objection is to Paragraph 40 of the Presentence Report, as there is

23         a discrepancy with the sentence reported by the clerk and the sentence Ms. Raven

24         remembers serving, as well as the form of punishment that sentence took

25         (electronic monitoring vs. jail time);

26     3.  The documents related to this conviction have been requested by the Probation

1     Department on numerous occasions. To date, the documents from Costa Contra
2     County are not available to the parties;

3   4.   The aforementioned conviction affects Ms. Raven's ultimate Criminal History
4     category. The length of the sentence will dictate whether or not Ms. Raven is in
5     Criminal History category II or III. It is not clear that the documents will be
6     available by the sentencing date, and as of today, defense counsel is unable to
7     finish a complete sentencing memorandum without the documentation;

8   5.   Defense counsel has also asked an investigator at her office to obtain the file for
9     this conviction to obtain the necessary sentencing documents, and to ensure that
10     she has all the documents in the file regarding whether or not the sentence was
11     later reduced or modified;

12   6.   To ensure that the records of this conviction are available to the parties and the
13     Court for sentencing, and that Ms. Raven's counsel has adequate time to address
14     the proper Criminal History category in her Sentencing Memorandum, the parties
15     jointly request a two-week continuance of the sentencing, to March 20, 2008 at
16     2:30 p.m.;

17   7.   USPO Joshua Sparks has been contacted by government counsel, and has no
18     objection to a continuance of the sentencing date to March 20, 2008 at 2:30 p.m.

19 **IT IS SO STIPULATED**

20 Dated: February 28, 2008               _____/S/_____
                                                            ELIZABETH M. FALK
21                                                             Assistant Federal Public Defender

22
23 Dated: February 28, 2008               _____/S/_____
                                                           ALLISON M. DANNER
24                                                            Assistant United States Attorney

25                                       **[PROPOSED] ORDER**

26     GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing date in the

aforementioned matter currently set for March 6, 2008, is vacated. The sentence date shall be continued to March 20, 2008 at 2:30 p.m.

**IT IS SO ORDERED**.

Dated:_____        _____
                                    THE HONORABLE JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE

*Raven*, CR 07-00671 JSW
STIP. TO CONTINUE SENTENCING DATE                3