IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PATRICE RAVEN,<br><br>    Defendant.<br>_____ / | No. CR 07-00671-1 JSW<br><br>**ORDER RE PLEA AGREEMENT** |

On November 29, 2007, Defendant entered a plea of guilty in this matter pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C). At that time, the Court reserved ruling on whether it would accept the plea agreement pending the preparation and receipt of a Presentence Investigation Report ("PSR"). The matter is set for judgment and sentencing on March 20, 2008 at 2:30 p.m. Having considered the PSR, as well as the parties' sentencing memoranda, the Court HEREBY ADVISES the parties that it intends to reject the plea agreement. *See* Fed. R. Crim. P. 11(c)(5). The parties are ORDERED to appear on March 20, 2008 as scheduled, so that the Court can formally reject the agreement on the record and to advise the Defendant of her rights in accordance with Rule 11(c)(5)(B)-(C).

**IT IS SO ORDERED.**

Dated: March 14, 2008

                                                  JEFFREY S. WHITE<br>                                                UNITED STATES DISTRICT JUDGE