UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date:   March 20, 2008

Case No.  CR-07-671   JSW               Judge:  Jeffrey S. White

United States of America   v.  Patrice Raven
                               Defendant
                               Present ( X ) Not Present ( ) In-Custody ( )

| Alison Danner | Elizabeth Falk |
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini         Court Reporter: Connie Kuhl
                                        USPO: Joshua Sparks

## PROCEEDINGS

**REASON FOR HEARING:** Judgment and Sentencing

**RESULT OF HEARING:**   In an order filed 3-14-08, the Court indicated that it will not accept the plea agreement.

The Court informed the defendant, in open court, that it does not accept the plea agreement.

Defendant's motion to withdraw her plea: GRANTED

The Clerk of the Court shall transfer this case back to the District of Nebraska (Case no. in Nebraska: 8:07CR266)