⊛ AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
### Northern District of California

| UNITED STATES OF AMERICA<br>V.<br>PATRICE RAVEN | COMMITMENT TO ANOTHER DISTRICT<br>(DEFENDANT OUT OF CUSTODY) |
|---|---|

FILED
MAR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| N. District of California | District of Nebraska | CR 3:07-0671-01 JSW | 8:07CR266 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
  X Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of   18   U.S.C. § 371; 1344; 2

**DISTRICT OF OFFENSE**
NEBRASKA

**DESCRIPTION OF CHARGES:**

CONSPIRACY; BANK FRAUD; AIDING AND ABETTING

**CURRENT BOND STATUS:**

  X Bail fixed at   $100,000   and defendant is released on bond
  ☐ Government moved for detention and defendant detained after hearing in District of Arrest
  ☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
  X Other (specify)  The case is remanded back to the District of Nebraska for resolution pursuant to Rule 20 F.R.Cr.P. Bond, if any, shall be transferred to the District of Offense

| Representation: | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | X No | ☐ Yes | Language: | |

March 21, 2008
Date

_/s/ Jeffrey S. White_
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |