COPY

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 21, 2008

Office of the Clerk
U.S. District Court
District of Nebraska
111 South 18th Plaza, Suite 1152
Omaha, NE 68102

FILED
MAR 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
MAR 2 4 2008
CLERK
U.S. DISTRICT COURT
OMAHA

Case Number: CR 07-0671 JSW

Case Title: US v Patrice Raven

Dear Clerk:

Pursuant to the Order transferring the above-captioned case to your Court, transmitted herewith are:

(X)   Certified copy of the docket entries;

(X)   Certified copy of the Indictment/Information;

(X)   Certified copy of the Transferral Order;

Please acknowledge receipt of the above document on the copy of this letter.

Very truly yours,

RICHARD W. WIEKING, Clerk

by:
   Deputy Clerk

(enclosures)

cc: Copies to Counsel of Record
    Courtroom Deputy
x

o:\mrg\crim\r20.out

Rev 11/95